■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. KATHLEEN C. JACKSON, Admitted on January 18, 1982, at a Term of the Appellate Division, First Department. [763 NYS2d 748] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 247 AD2d 158.]